**Order entered January 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01100-CV

### BARRY H. WELLS, Appellant

### V.

### MARC R. MAY, Appellee

### On Appeal from the 417th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 417-02600-2012

## ORDER

Before the Court is appellee's January 8, 2013 opposed motion to extend time to file appellee's brief. Appellee's motion is **GRANTED**. Appellee's brief shall be filed on or before January 14, 2013.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE